IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACOB L. McGOVERN, )
)
        Plaintiffs, ) NO. 01C 3778
)
v. )
) JUDGE JUDGE PALLMEYER
VILLAGE OF OAK LAWN, OFFICER M. ACKE, )
Star # 281, SERGEANT T. SCOTT, Star # 627, )
OFFICER J. PACETTI, Star # 618, and the COOK )
COUNTY SHERIFF. ) MAGISTRATE JUDGE ROSEMOND
)
        Defendants, ) JURY DEMAND

## COMPLAINT

NOW COME Plaintiff, Jacob L. McGovern, by and through his attorney, Kevin Rogers, and for their complaint at law states as follows:

## FACTS

1. This action is brought under 42 USC § 1983, jurisdiction arises under 28 USC § 1343(3) and, supplemental jurisdiction of pendent state claims pursuant to 28 USC § 1367.

2. Plaintiff, Jacob McGovern, was at all times relevant a resident and citizen of the County of Cook, State of Illinois in the United States of America.

3. The Defendant, Officer M. Acke, No. 281, ("Acke") is a duly appointed police officer at all times relevant to this complaint employed by the Village of Oak Lawn, and acting in the course and scope of his employment.

4. The Defendant, Sergeant T. Scott, No. 627, ("Scott") is a duly appointed police officer at all times relevant to this complaint employed by the Village of Oak Law, ("Oak Lawn") and acting in the course and scope of his employment.

5. The Village of Oak Lawn, ("Oak Lawn"), is a governmental entity, organized under the laws of the State of Illinois and is located in Oak Lawn, Illinois.

6. The Defendant, Officer, J. Pacetti, No. 618, ("Pacetti") is a duly appointed police officer at all times relevant to this complaint employed by the Cook County Sheriff's Police and acting in the course and scope of his employment.

7. The Cook County Sheriff ("Sheriff"), is a governmental entity, organized under the laws of the State of Illinois and is located in Cook County, Illinois.

8. All of the acts complained of herein took place in the Northern District of Illinois, Eastern Division.

9. The Plaintiff sues the Defendants, Acke, Scott and Pacetti in their his individual capacities.

10. At all times relevant to this Complaint, Defendants Acke, Scott and Pacetti acted under color of the Illinois Compiled Statutes, the Codes and Ordinances of the City of Village of Oak Lawn and Cook County, and the custom, policies and procedures of Oak Lawn and the Sheriff.

11. On June 3, 2000, at or near 2:00 AM the Plaintiff was traveling northbound on Central Avenue at or near 102nd Street.

12. At that time, the Defendant Acke in his marked police vehicle began to follow the Plaintiff's automobile.

13. Acke stopped Jacob McGovern's vehicle at or near 99th Street and Washington Avenue in Oak Lawn

2

14. After getting out of the vehicle, Plaintiff fled the scene on foot.

15. Acke chased the Plaintiff and some time thereafter lost site of him.

16. Thereafter, the Defendant Scott summoned the Cook County Sheriff's Officer Pacetti to use his canine to locate the Plaintiff.

17. The canine is capable of using force that may result in death or great bodily harm.

18. Scott knew that by utilizing Pacetti's canine that their existed a likelihood that should the animal find Jacob McGovern, he would be in immediate fear and apprehension of being bit by the dog.

19. Scott knew that by utilizing Pacetti's canine that their existed a likelihood that Jacob McGovern would be bit by that animal.

20. Scott authorized the use of Pacetti's canine to search for the Plaintiff.

21. Scott knew that Pacetti's canine was not muzzled.

22. By authorizing the use of Pacetti's canine, Scott authorized that force be against Jacob McGovern.

23. After authorization by Scott, Pacetti released the unmuzzled canine to search for the Plaintiff at or near 9928 S. Maple Avenue in Oak Lawn.

24. The canine came upon the Plaintiff and began to bite him.

25. Pacetti took no steps to call the animal off of the Plaintiff.

26. Pacetti was at all times relevant in command and control of the canine.

27. Plaintiff Jacob McGovern was thereafter transported to the Christ Community Hospital where he was treated for multiple dog bites.

28. The canine was not injured.

29. The canine was not treated by a veterinarian as a result of this incident.

30. As a result of the incident, the Plaintiff was charged with resisting arrest, attempted obstruction of justice, possession of drug paraphernalia, driving while driver's license suspended, and battery of a police dog.

31. As a result of the above, Plaintiff Jacob McGovern suffered great pain, emotional distress, mental anguish and permanent injury.

## COUNT I
### (civil rights claim - Acke, Scott and Pacetti)

32. Plaintiff realleges paragraphs 1. - 31. in haec verba.

33. All of the above deprived Plaintiff Jacob McGovern of his right to be free of illegal seizure and excessive force in violation of the Fourth and Fourteenth Amendments of the Constitution of the United States and further in violation of 42 USC § 1983.

34. Plaintiffs demand trial by jury.

**WHEREFORE**, Plaintiff, Jacob McGovern, prays this Honorable Court:

A. Enter judgment in his favor against the Defendants Acke, Scott and Pacetti;

B. Award Plaintiff compensatory damages in the amount of $ 100,000.00

C. Award Plaintiff punitive damages in the amount of $ 10,000.00.

D. Award Plaintiff court costs and attorney's fees incurred herein pursuant to 42 USC § 1988.

E. Award Plaintiff other relief which this Court deems proper and just.

## COUNT II
### (Illinois common law assault claim - all Defendants)

35. Plaintiff realleges paragraphs 1. - 34. of Count I as if fully set forth herein in haec verba.

36. The actions of the Defendants Scott and Pacetti as set forth herein above in authorizing and utilizing an unmuzzled canine caused the Plaintiff immediate fear and apprehension of receiving a batter, were without lawful justification and constitute assault under Illinois law.

37. Plaintiffs demand trial by jury.

**WHEREFORE**, Plaintiff, Jacob McGovern prays this Honorable Court:

A. Enter judgment in his favor and against the Defendants, Scott, Pacetti, Oak Lawn and the Sheriff jointly and severally;

B. Award Plaintiff compensatory damages in the amount of $ 100,000.00 against these Defendants jointly and severally;

C. Award Plaintiff punitive damages against the Defendants Acke, Scott and Pacetti; and,

D. Award Plaintiff other relief which this Court deems proper and just.

## COUNT III
### (Illinois common law battery claim - all Defendants)

38. Plaintiff realleges paragraphs 1. - 37. of Counts I & II as if fully set forth herein in haec verba.

39. The actions of the Defendants Scott and Pacetti as set forth herein above in allowing the canine to attack and bite the Plaintiff causing him serious and permanent injury were excessive, without lawful justification and constitute battery under Illinois law.

40. Plaintiffs demand trial by jury.

**WHEREFORE**, Plaintiff, Jacob McGovern prays this Honorable Court:

A. Enter judgment in his favor and against the Defendants Scott, Pacetti, Oak Lawn and the Sheriff jointly and severally;

B. Award Plaintiff compensatory damages in the amount of $ 100,000.00 against these Defendants jointly and severally;

C. Award Plaintiff punitive damages against the Defendants Acke, Scott and Pacetti; and,

D. Award Plaintiff other relief which this Court deems proper and just.

Respectfully submitted:

_____
Attorney for the Plaintiff

Kevin Rogers
20 South Clark Street   Suite 2000
Chicago, IL  60603
(312) 332-1188

JS 44
(Rev. 07/89)    Cat 2    CIVIL COVER SHEET    01C 3778 

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I (a) PLAINTIFFS
JACOB L. McGOVERN

### DEFENDANTS
VILLAGE OF OAK LAWN, OFFICER MR ACKE, Star #281, SERGEANT F. SCOTT, Star #627, OFFICER J. PACETTI, Star #618 and the COOK COUNTY SHERIFF

JUDGE PALLMEYER
MAGISTRATE JUDGE ROSEMOND

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kevin Rogers
20 S. Clark St., Ste. 2000
Chicago, IL 60603
312) 332-1188

ATTORNEYS (IF KNOWN)

DOCKETED
MAY 23 2001

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. Section 93 "Excessive Force "

### V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395R) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

### VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ $100,000.00

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE  05-22-01

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of
JACOB L. McGOVERN
v.
VILLAGE OF OAK LAWN, OFFICER M. ACKE, Star #281, SERGEANT T. SCOTT, STAR #627 OFFICER J. PACETTI, Star #618 and the COOK COUNTY SHERIFF

Case Number: 01C 3778 JUDGE PALLMEYER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

JACOB L. McGOVERN

MAGISTRATE JUDGE ROSEMOND

| (A) | (B) |
|---|---|
| SIGNATURE [signed] | SIGNATURE |
| NAME: Kevin Rogers | NAME |
| FIRM | FIRM |
| STREET ADDRESS: 20 S. Clark St., Ste. 2000 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, IL 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 332-1188 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER: 6192609 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

DOCKETED MAY 23 2001

FILED 01 MAY 22 PM 2:4[?]

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.