AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Jacob L. McGovern                      **JUDGMENT IN A CIVIL CASE**

v.                                            Case Number: 01 C 3772

Officer J. Pacetti and the Cook County Sheriff

■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the jury finds in favor of defendants Officer J. Pacetti and the Cook County Sheriff and against the plaintiff Jacob L. McGovern on all claims.

*DOCKETED JUN 0 3 2003*

Michael W. Dobbins, Clerk of Court

Date: 6/2/2003                                /s/ Ena J. Ventura
                                                            Ena T. Ventura, Deputy Clerk

59